PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

2006 SEP 29 A 9: 55

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

V.                                                           Crim. No. CR206-00017

Elaina Berry

On June 7, 2006, the above-named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Elaina Berry be discharged from probation.

Respectfully submitted,

Philip J. Lyons
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this _____29th_____ day of __September____, 20_06_.

James E. Graham
U.S. Magistrate Judge

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE



**RICHARD A. LONG**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148

AUGUSTA 30903
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

STATESBORO 30459
P. O. BOX 1179
PHONE: 912-764-8876
FAX: 912-764-6046

### BRUNSWICK

# MEMORANDUM

DATE:     September 29, 2006

TO:       Honorable James E. Graham
          U. S. Magistrate Judge

FROM:     Philip J. Lyons
          U. S. Probation Officer

RE:       BERRY, Elaina
          CR206-00017-001
          Brunswick Division
          **EARLY TERMINATION REQUEST**

On June 7, 2006, Elaina Berry was placed on twelve months probation for the offense of reckless driving in violation of 18 U.S.C. §§ 7 and 13. The Court ordered Berry to pay a $500 fine and a $25 special assessment. The Court indicated that if the defendant satisfied her monetary obligations and complied with the conditions of probation, it would terminate Berry's probation after four months.

Since being placed on probation, the defendant has maintained a stable residence and has had no new arrest. She has been unable to secure full-time employment due to transportation problems. Berry satisfied her monetary obligations on September 28, 2006, and has indicated that she wishes to move to Oklahoma and live with her parents. This probation officer is encouraged by this development as it will provide Berry a stable environment in which to raise her son. Based on the defendant's conduct on probation, the probation officer respectfully request that the Court terminate Berry's probation.

For the Court's convenience, an order terminating Berry's probation has been attached to this memorandum.

Honorable James E. Graham
RE:   BERRY, Elaina
September 29, 2006
Page 2

If you have any questions or are in need of further information, please advise.

Reviewed by:

*Barry Bargainnier*
/Barry Bargainnier
Supervisory U.S. Probation Officer